**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

Case Name: __Lisa A. Chase__          Case No.: __13-58080-PJS__

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ❏ **Amendment to Petition:**
    - ❏ Name ❏ Debtor(s) Mailing Address ❏ Alias
    - ❏ Signature ❏ Complying with Order Directing the Filing of Official Form(s)
- ❏ **Summary of Schedules**
- ❏ **Statement of Financial Affairs**
- ☑ **Schedules and List of Creditors:**
    - ❏ Schedule A
    - ❏ Schedule B
    - ❏ Schedule C
    - ☑ List of Creditors  ❏ Schedule D  ❏ Schedule E  ❏ Schedule F, and
        - ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
        - ❏ Change address of a creditor already on the List of Creditors – **No Fee Required**
    - ❏ Schedule G
    - ❏ Schedule H
    - ❏ Schedule I
    - ❏ Schedule J

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): _____
_____

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY**: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date 12/11/2014 | Signature /s/Kevin W. Kevelighan |
| ➡ | **AFFIRMATION OF DEBTOR(S)**: I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 12/11/2014 | Signature /s/Lisa A. Chase |
| Date | Signature |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** 39th District Court

**ADDRESS:** 33000 Garfield Rd.
Fraser, MI 48026

**NAME OF CREDITOR:** Benedetto P. Pellerito, M.D.

**ADDRESS:** 24715 Little Mack Ave., Suite 100
Saint Clair Shores, MI 48080

**NAME OF CREDITOR:** City Medical Southgate

**ADDRESS:** 13636 Dix Toledo Road
Southgate, MI 48195-2432

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

**NAME OF CREDITOR:** Credit Bureau Collection Services Inc

**ADDRESS:** Re: Henry Ford Macomb Hospital
P.O. Box 16333
Columbus, OH 43216-3333

**NAME OF CREDITOR:** DMC University Laboratories

**ADDRESS:** P.O. Box 4674
Carol Stream, IL 60122-4674

**NAME OF CREDITOR:** DTE Energy

**ADDRESS:** P.O. Box 740786
Cincinnati, OH 45274-0786

**NAME OF CREDITOR:** Forum Medical Clinic, P.C.

**ADDRESS:** 44645 Mound Road
Sterling Heights, MI 48314

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

**NAME OF CREDITOR:** General Electric Captial Corp

**ADDRESS:** Care Credit Account
c/o Portfolio Recovery Associates, LLC
P.O. Box 12903
Norfolk, VA 23541

**NAME OF CREDITOR:** Henry Ford Hospital

**ADDRESS:** c/o Merchants & Medical Credit Corp
6324 Taylor Drive
Flint, MI 48507

**NAME OF CREDITOR:** Holzman Corkery PLLC

**ADDRESS:** Charles J. Holzman [P35625]
28366 Franklin Road
Southfield, MI 48034

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

**NAME OF CREDITOR:** HSBC Bank Nevada, NA

**ADDRESS:** c/o Enerson Law, LLC
250 Bishops Way, Suite 300
Brookfield, WI 53005

**NAME OF CREDITOR:** Kroger

**ADDRESS:** P.O. Box 1259
Oaks, PA 19456

**NAME OF CREDITOR:** Macomb County Prosecuting Attorney

**ADDRESS:** Bad Check Restitution Program
P.O. Box 605
Mount Clemens, MI 48046

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

_____     _____

_____     _____

_____     _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

_____     _____

_____     _____

_____     _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

_____     _____

_____     _____

_____     _____

## ADDITIONS TO THE LIST OF CREDITORS

**NAME OF CREDITOR:** Macomb County Treasurer

**ADDRESS:** 1 South Main Street
Second Floor
Mount Clemens, MI 48043

**NAME OF CREDITOR:** Michigan Schools & Govt Credit Union

**ADDRESS:** 40400 Garfield Road
Clinton Township, MI 48038

**NAME OF CREDITOR:** Professional Emergency Care

**ADDRESS:** P.O. Box 3475
Toledo, OH 43607-0475

**NAME OF CREDITOR:** Quest Diagnostics

**ADDRESS:** P.O. Box 7306
Hollister, MO 65673-7306

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

**NAME OF CREDITOR:**      Schlottman & Wagner, P.C.

**ADDRESS:**      43642 Elizabeth
                     Clinton Township, MI 48036

**NAME OF CREDITOR:**      Township of Clinton

**ADDRESS:**      40700 Romeo Plank Road
                     Clinton Township, MI 48038

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In the Matter of:**
Lisa A. Chase                                                      **Case No. 14-58080-PJS**
                                                                               **Chapter**: 13
_____/                    **Judge SHEFFERLY**

**CERTIFICATE OF SERVICE**

       I hereby certify that on 12/11/2014 I filed the foregoing papers with the ECF Filing System which automatically gave electronic notice to:

Krispen S. Carroll
notice@det13ksc.com, ecfinfo@det13ksc.com


Dated:      12/11/2014                                     /s/*Kevin W. Kevelighan*
                                                               Kevin W. Kevelighan, Attorney at Law
                                                               P.O. Box 399
                                                               Bloomfield Hills, MI 48304
                                                               (248) 594-4467
                                                               kwk@kevlaw.com
                                                               [P59357]